**Byron W. TURNER, Plaintiff–Appellant**

v.

**GRAPHIC PACKAGING INTERNATIONAL, INC., Defendant–Appellee.**

No. 14–1466.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 7, 2014.

Filed: Oct. 22, 2014.

Byron W. Turner, Alma, AR, pro se.

Christine E. Howard, Fisher & Phillips, Tampa, FL, Terri R. Stewart, Fisher & Phillips, Atlanta, GA, for Defendant–Appellee.

Before LOKEN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Byron Turner appeals the decision of the district court[1] granting summary judgment in favor of his former employer, Graphic Packaging International, Inc., on his claims under the Americans with Disabilities Act (ADA). After careful de novo review, we find no basis to reverse the district court's decision. *See EEOC v. Prod. Fabricators, Inc.,* 763 F.3d 963, 969 (8th Cir.2014) (grant of summary judgment reviewed de novo; to establish discrimination under ADA, employee must show that he suffered adverse employment action because of his disability); *Ryan v. Capital Contractors, Inc.,* 679 F.3d 772, 779 (8th Cir.2012) (hostile work environment under ADA must be subjectively and objectively offensive and extreme in nature). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.